MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
eservice@legallv.com
*Attorneys for Plaintiff, Coates Cobb-Adams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COATES COBB-ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>HOMEWARD RESIDENTIAL INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1; AMERICAN BROKERS CONDUIT; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01695-JAD-NJK<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>ECF No. 5 |

Upon the application of Plaintiff, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application for Temporary Restraining Order is GRANTED.

This court finds that if the sale is conducted, plaintiff will suffer irreparable harm. Specifically, Plaintiff may lose rights to real property, generally not compensable by money damages.

IT IS FURTHER ORDERED that Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1,

its officers, agents, servants, employees and attorneys, and others in active concert or participation with them are restrained from proceeding with the September 19, 2018 foreclosure sale of the real property commonly known as 324 Park Way West, Las Vegas, NV 89106 and bearing Clark County Assessor's Parcel Number 139-32-610-001.

IT IS FURTHER ORDERED that **this restraint will expire at 5 p.m. on Monday, October 1, 2018**, absent further order of the court.

IT IS FURTHER ORDERED that the motion for preliminary injunction will be heard in Courtroom 6D of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101, at 3:30 p.m. on Monday, October 1, 2018. Any opposition to that motion for preliminary injunction must be filed by 5:00 p.m. on September 26, 2018.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 17, 2018