UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COATES COBB-ADAMS,<br>    Plaintiff(s),<br>v.<br>HOMEWARD RESIDENTIAL, INC, *et al.*,<br>    Defendant(s). | Case No.: 2:18-cv-01695-JAD-NJK<br>**Order**<br>[Docket No. 15] |

Plaintiff filed a notice of Rule 26(f) conference. Docket No. 15. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: October 5, 2018

Nancy J. Koppe
United States Magistrate Judge

1