# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COATES COBB-ADAMS, | Case No.: 2:18-cv-01695-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 22) |
| HOMEWARD RESIDENTIAL INC., *et al.*, | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 22. The discovery plan incorrectly calculates the discovery cutoff date from the date of the Rule 26 conference, rather than the date of the first appearance of the first defendant. *Id*. at 2; Local Rule 26-1(b)(1). The discovery plan fails to proffer any reason for calculating from this date instead of the first defendant's first appearance. *Id*. Accordingly, the discovery plan, Docket No. 22, is **DENIED** without prejudice. The parties are hereby **ORDERED** to file, no later than February 4, 2019, an amended proposed discovery plan that complies with the Local Rules and all applicable case law.

IT IS SO ORDERED.

Dated: January 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1