# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COATES COBB-ADAMS,

    Plaintiff(s),

v.

HOMEWARD RESIDENTIAL INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01695-JAD-NJK

**ORDER**

On April 5, 2019, the parties filed a notice of settlement. Docket No. 28. No further action has been taken with respect to that settlement. Dismissal papers must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge