# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| COATES COBB-ADAMS,<br><br>      Plaintiff(s),<br><br>v.<br><br>HOMEWARD RESIDENTIAL INC., et al.,<br><br>      Defendant(s). | Case No.: 2:18-cv-01695-JAD-NJK<br><br>**ORDER** |

Five months ago, on April 5, 2019, the parties filed a notice of settlement. Docket No. 28. Upon more recently being ordered to file dismissal papers, Docket No. 31, the parties instead filed a status report asking for another 30 days to finalize their settlement, Docket No. 32. No explanation has been advanced why half a year is necessary to finalize a settlement and file dismissal papers. The Court hereby **ORDERS** that either dismissal papers or dispositive motions be filed by September 23, 2019. If no dispositive motion is filed, the joint proposed pretrial order must be filed by October 23, 2019. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: September 9, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1